IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

ROBERT BETHEL,

    Petitioner,

:

Case No. 2:10-cv-391

  -vs-

:

District Judge Michael R. Barrett
Magistrate Judge Michael R. Merz

DAVID BOBBY, Warden,

:

    Respondent.

## ORDER FOR STATUS REPORT

This capital habeas corpus case is before the Court *sua sponte*. On February 13, 2012, Petitioner filed his Fourth Status Report, indicating his case remains pending before the Ohio Supreme Court and promising to file a new status report within sixty days or when the Ohio Supreme Court acted, whichever occurred first (Doc. No. 18). More than 120 days have expired since the Fourth Status Report was filed.

It is accordingly ORDERED that Petitioner file a fifth status report not later than June 20, 2012.

June 9, 2012.

                                                      s/ **Michael R. Merz**
                                                 United States Magistrate Judge